ANNE S. REINHARDT, TRADING AS REINHARDT ELEC-
TRIC CO., PLAINTIFF-RESPONDENT, v. PASSAIC-CLIF-
TON. NATIONAL BANK AND TRUST COMPANY, DE-
FENDANT-APPELLANT.

Argued June 9, 1952—Decided June 16, 1952.

*Mr. Jerome C. Eisenberg* argued the cause for the appellant (*Messrs. Anderson, Rugge & Coleman,* attorneys; *Mr. Israel Spicer,* on the brief).

*Mr. Edward A. Levy* argued the cause for the respondent (*Messrs. Levy & Levy,* attorneys).

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge Jacobs in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING and BRENNAN—5.

*For reversal*—None.